UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **EUGENE KAMMER, individually and on behalf of other similarly situated employees,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No. 2:21-cv-00083-PPS-JPK<br>)<br>) Judge Philip P. Simon |
| **CET INCORPORATED,** | )<br>) |
| **Defendant.** | )<br>)<br>) |

NOTICE OF FILING

**PLEASE TAKE NOTICE** that on September 7, 2021, we filed with the Clerk of the U.S. District Court for the Northern District of Indiana, the attached **Notice of Consent to be a Party Plaintiff** of *Edward Vargas.*

A True and accurate copy of the Notice of Consent to be a Party Plaintiff Form is filed herewith and designated as **Exhibit A** for identification purposes.

Respectfully submitted,

Dated:  September 7, 2021                          s/Douglas M. Werman
                                                                        Attorney for Plaintiff

Douglas M. Werman
Sarah J. Arendt – *pro hac vice*
**Werman Salas P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008
dwerman@flsalaw.com
sarendt@flsalaw.com

*Attorneys for Plaintiff*