# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **EUGENE KAMMER, individually and on behalf of other similarly situated employees,** <br><br> *Plaintiff,* <br><br> v. <br><br> **CET INCORPORATED,** <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) **Case No. 2:21-cv-00083** <br> ) <br> ) |

## [PROPOSED] ORDER APPROVING SETTLEMENT

The above-entitled matter came before the Court on Plaintiffs' Motion for Court Approval of Settlement Agreement and Dismissal (the "Motion for Settlement Approval"). After reviewing the Motion for Settlement Approval, the Court orders as follows:

The Court finds that the settlement in this Fair Labor Standards Act action is a fair and reasonable resolution of a bona fide dispute, and therefore meets the requirements for approval.

This case is dismissed without prejudice, with leave to reinstate on or before seven (7) days after the date by which Defendant shall make the payments agreed to in the Settlement Agreements. In the event a motion to reinstate is not filed on or before seven (7) days after the date by which Defendant shall make the payments agreed to in the Settlement Agreements, the case shall be deemed dismissed with prejudice, without further order or action of the Court.

It is so ORDERED this ___ day of _____, 2022

_____