AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EUGENE KAMMER
*individually and on behalf of other similarly situated employees*
    Plaintiff

v.  Civil Action No. 2:21-cv-83

CET INCORPORATED
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____
the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:  This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Philip P. Simon

DATE:  10/13/2023         CHANDA J. BERTA, CLERK OF COURT

                                                             by   /s/ S. Kowalsky
                                                                       *Signature of Clerk or Deputy Clerk*